IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALLEN POLK**
**# 1902-11**                                                                                                          **PLAINTIFF**

V.                              **CASE NO. 4:11CV00383 JMM/BD**

**DOES,** *et al.*                                                                                                        **DEFENDANTS**

## ORDER

The Court has received and reviewed the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation and Mr. Polk's objections, and after a *de novo* review of the record, the Court adopts Judge Deere's findings and recommendation as this Court's own, in all respects.

Mr. Polk's motion to amend (docket entry #14) is DENIED.

IT IS SO ORDERED, this   25   day of    July   , 2011.

_____
UNITED STATES DISTRICT JUDGE